UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

United States,

    -against-                              ORDER

                                          Docket No. 12 CR 00909 (KMK)

David Terrell Scott,

        Defendant.

-------------------------------------------------------x

KARAS, U.S. DISTRICT JUDGE:

Howard E. Tanner, Esq., is to assume representation of the defendant in the above captioned matter as of April 5, 2021. Mr. Tanner is appointed pursuant to the Criminal Justice Act. His address is 175 Main Street, Suite 800, White Plains, NY 10601, phone number (914) 358-5998; Email: htanner@tannerortega.com

SO ORDERED

_____
KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE

Dated: White Plains, New York
       April 5, 2021